UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                                Case No. 06-20663

v

                                                HONORABLE AVERN COHN

D-8, ANTHONY TROY GRAY,        UNITED STATES DISTRICT JUDGE

    Defendant.
                                           /

## ORDER CANCELLING ARREST WARRANT

On November 10, 2008 the Court issued an arrest warrant for the defendant for failure to report to SCP USP Lompoc as notified. The Court has been informed that the defendant has voluntarily reported to the institution. Therefore,

IT IS HEREBY ORDERED THAT the arrest warrant issued on November 10, 2008 for Anthony Troy Gray be CANCELLED.

SO ORDERED.

Dated: November 14, 2008                          s/ Avern Cohn
                                                            AVERN COHN
                                                             United States District Judge